DJF

UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF NEW YORK

KENNETH McVEIGH,

          Plaintiffs/Relators,

- against -

PLAZA CONSTRUCTION LLC;
PLAZA CONSTRUCTION CORP.;
FISHER BROTHERS, INC.;
CHINA CONSTRUCTION AMERICA.

          Defendants.

Civ. No. CV 18-5495 (NGG)(CLP)

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiff Kenneth McVeigh and or his counsel(s), hereby give notice that the above captioned action is voluntarily dismissed, without prejudice against the defendants.

Dated: New York, New York
      November 26, 2018

By:

SADOWSKI KATZ LLP
*Attorneys for the Relator*

/s/Robert W. Sadowski
Robert W. Sadowski
830 Third Ave, Fifth Floor
New York, New York 10022
646 503 5341
rsadowski@sadowskikatz.com

/s/Nicholas G. Garaufis

12/3/18